UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF THE SEARCH OF     Docket No. 3:23mj239(RMS)
INFORMATION    ASSOCIATED    WITH
SOCIAL    MEDIA    ACCOUNTS    AND
CELLULAR TELEPHONES

## GOVERNMENT'S MOTION FOR CONTINUED SEALING

The Government respectfully moves for an extension of the sealing order in this case for additional 90 days and to unseal the Government's sealing orders.

**I.      Background**

On or about March 22, 2023, this Court took under advisement search warrants and related materials pertaining to an ongoing investigation. Doc. 1-23. The Court sealed some of the materials pertaining to the March 22, 2023, request (Doc. 1-21). Doc. 22.

On March 24, 2023, the Court authorized revised search warrants (Doc. 26, 28, 30, 32, 34, 36, 38, 40, 42, 44, 46, 48). The Court also sealed materials upon the Government's motion (Doc. 25-49, 51). Doc. 52. As the users of the social media accounts and cellular devices remain targets of an ongoing criminal investigation, the Government respectfully submits the instant motion.

**II.      Request**

The Government moves to extend sealing of the materials covered by the Court's original orders (Doc. 1-20; Doc. 25-49) as well as the subsequently filed sealed search warrant returns (Doc. 55-66). As reflected in the facts set forth in the March 24, 2023-Affidavit [Doc. 27-1], the Government is investigating a group of individuals (GTO) believed to be committing acts of violence in Connecticut. As described in the affidavit, the GTO members are believed to be utilizing social media accounts and cellular telephones in connection with their criminal activities.

At present, the Government's investigation into the GTO is ongoing. Given the volume of criminal activity by the GTO, which is believed to include armed robbery of cars for resell out-of-state and other acts of violence, the Government is actively working to determine if the investigation warrants a larger investigation. These activities take time, and the investigation must necessarily remain covert. Following the authorizations granted by the Court, the Government has continued to gather evidence criminal activity through means such as officer surveillance of GTO members and information gathered from the search warrants authorized by the Court.

Were the account holder to learn of the Government's investigation, the targets in the investigation would cease utilizing their respective accounts/phones, destroy evidence (including cellular devices, narcotics, and records pertaining to theft), change patterns for criminal activity (such as stash location) and potentially flee to avoid prosecution. Such events would significantly curtail the FBI's ability to investigate the GTO's criminal activities. To do so would effectively curtail the Government ability to continue its investigation into a violent GTO believed to be responsible for multiple acts of violence given the actions the GTO members would likely take to avoid prosecution. Thus, because the Government is still actively investigating the users of the accounts/phones, the Government submits that there is a basis to continue sealing, because such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. Thus, the Government respectfully requests that Court continue the sealing order for 90 days, thereby continuing the sealing for Doc. 1-20; Doc. 25-49; Doc. 55-66.

The Government also requests that the Court unseal the sealing motions, Doc. 21 and Doc. 51, as sealing of these materials is not needed.

## III.   Conclusion

For the foregoing reasons, the Government respectfully moves to continue the sealing in this case regarding Doc. 1-20; Doc. 25-49; Doc. 55-66 for an additional 90 days and to unseal Doc. 21 and Doc. 51.

<div style="margin-left: 40%;">

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natasha M. Freismuth*
NATASHA M. FREISMUTH
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. PHV05772
157 CHURCH STREET, FLOOR 25
NEW HAVEN, CT 06510
203-821-3700

</div>